**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gavin Roderick WHITE, a/k/a Joe
White, Defendant—Appellant.**

No. 08–6515.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 22, 2008.

Gavin Roderick White, Appellant Pro Se. Ray Burton Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gavin Roderick White appeals the district court's orders denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we deny White's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. White,* No. 3:97–cr–00028–001 (W.D.Va. Mar. 3, 2008); 2008 WL 724171 (Mar. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*